**Opinion issued February 25, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00100-CV

————————————

## IN RE NICHOLAS HEREDIA, Relator

———

### Original Proceeding on Petition for Writ of Mandamus

———

## MEMORANDUM OPINION

Relator, Nicholas Heredia, filed a petition for writ of mandamus challenging a February 11, 2025 order of the Justice Court, Precinct 7, Place 1 of Harris County, Texas, denying relator's "Motion to Set Aside Default Judgment."[1] Relator requests that this Court issue a writ of mandamus compelling the Justice Court to "[v]acate

---

[1] The underlying case is *Lakes TX Partner LLC v. Nicholas Heredia*, Cause No. 247100444792, in the Justice Court, Precinct 7, Place 1 of Harris County, Texas, the Honorable Wanda Adams presiding.

the order denying [r]elator's Motion to Set Aside Default Judgment" and "[g]rant [r]elator a hearing on the merits of the motion."

An appellate court may issue a writ of mandamus against judges of a district, statutory county, statutory probate, or a county court in the court of appeals district. *See* TEX. GOV'T CODE ANN. § 22.221(b). Relator's petition for writ of mandamus requests that this Court issue a writ of mandamus against a justice court. This Court lacks mandamus jurisdiction over a justice court. *See* TEX. GOV'T CODE ANN. § 22.221(b)–(c); *see also In re Castro*, No. 02-23-00489-CV, 2024 WL 23627, at *1 (Tex. App.—Fort Worth Jan. 2, 2024, orig. proceeding) (mem. op.) (dismissing petition for writ of mandamus for want of jurisdiction where relator challenged "actions of a justice of the peace"); *In re Garcia*, No. 13-18-00651-CV, 2018 WL 6219254, at *2 (Tex. App.—Corpus Christi–Edinburg Nov. 28, 2018, orig. proceeding) (mem. op.) ("This Court does not have jurisdiction to issue a writ of mandamus against a justice of the peace.").

Accordingly, pursuant to our review of relator's mandamus petition, we conclude that we lack jurisdiction to grant the mandamus relief requested by relator. We therefore dismiss relator's petition for writ of mandamus for lack of jurisdiction. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.